UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

<u>  UNITED STATES OF AMERICA  </u>   v.   <u>  FRANCES ANN SHEAKLEY  </u>

THE HONORABLE RALPH R. BEISTLINE

DEPUTY CLERK                                    CASE NO.  <u>1:03-cr-00013-RRB</u>

<u>  Carolyn Bollman  </u>

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**     DATE: April 7, 2006

    On February 28, 2006, this Court denied Frances Ann Sheakley's "petition for writ of habeas corpus."[1] The Court denied Ms. Sheakley's motion without prejudice to filing a civil rights complaint, because her pleading alleged actions which could constitute a civil rights action, under 42 U.S.C. § 1983, rather than grounds for habeas relief.[2] The Court sent Ms. Sheakely a form on which to file a civil rights complaint, and an application to waive prepayment of the filing fee to file with a complaint.[3]

    On March 24, 2006, Ms. Sheakley instead filed an application to waive prepayment of the filing fee in her closed criminal case.[4] The application in this case must be DENIED as moot.[5] Ms. Sheakley must file any such application with a new civil case, such as a prisoner's civil rights case.

    The Clerk of Court is directed to send Ms. Sheakley an application to waive prepayment of the filing fee form with this minute order. Ms. Sheakley's application, at Docket Number 167, is DENIED.

    IT IS SO ORDERED.

---

    [1] *See* Docket Nos. 164, 165.

    [2] *See* Docket No. 165.

    [3] *See id*. at 9.

    [4] *See* Docket Nos. 167, 168.

    [5] When and if Ms. Sheakley files a civil rights action, she will be required to pay the Court's $250.00 filing fee in installments, if her application to waive prepayment of the filing fee is waived. *See* 28 U.S.C. § 1914(a). In this case, she filed a motion in an existing (closed) criminal case.

[sheakley ifp.wpd]{IA.WPD*Rev.12/96}